## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. **20-cr-00389-RM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LOUELLA GALLANT,

    Defendant.

## INFORMATION

The U.S. Attorney charges:

### COUNT 1

On or about September 13, 2016, in the State and District of Colorado, the defendant, LOUELLA GALLANT, knowingly and willfully made a false statement and representation of a material fact for use in determining her right to benefits under Title XVI of the Social Security Act. Specifically, GALLANT falsely told an employee of the Social Security Administration, during a redetermination interview regarding Title XVI benefits that GALLANT was receiving, that she was not presently married.

All in violation of Social Security Act § 1631(a)(2), Title 42, United States Code, Section 1383a(a)(2).

JASON R. DUNN
United States Attorney


By: *s/ Sarah H. Weiss*
Sarah H. Weiss
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0400
E-mail:  sarah.weiss@usdoj.gov
Attorney for Government

| | |
|---|---|
| DEFENDANT: | LOUELLA GALLANT |
| AGE/YOB: | 1954 |
| COMPLAINT FILED? | _____ Yes    X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes    _X_ No<br>   If No, a new warrant is required |
| OFFENSE(S): | 42 U.S.C. § 1383a(a)(2) – False Statement for the Purpose of Obtaining Supplemental Security Income |
| LOCATION OF OFFENSE: | Pueblo County, Colorado |
| PENALTY: | NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release, $100 special assessment |
| AGENT: | Steffie Hood<br>Special Agent, Social Security Administration – Office of the Inspector General |
| AUTHORIZED BY: | Sarah H. Weiss<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

Will not seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

1