| | |
|---|---|
| <u>DEFENDANT:</u> | LOUELLA GALLANT |
| <u>AGE/YOB</u>: | 1954 |
| <u>COMPLAINT FILED?</u> | _____ Yes    X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | __ Yes   _X_ No<br>If No, a new warrant is required |
| <u>OFFENSE(S)</u>: | 42 U.S.C. § 1383a(a)(2) – False Statement for the Purpose of Obtaining Supplemental Security Income |
| <u>LOCATION OF OFFENSE:</u> | Pueblo County, Colorado |
| <u>PENALTY:</u> | NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release, $100 special assessment |
| <u>AGENT:</u> | Steffie Hood<br>Special Agent, Social Security Administration – Office of the Inspector General |
| <u>AUTHORIZED BY:</u> | Sarah H. Weiss<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

_X_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

<u>Will not</u> seek detention in this case

The statutory presumption of detention is <u>not applicable</u> to this defendant.

1