IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00389-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  LOUELLA GALLANT,

    Defendant.

## ENTRY OF APPEARANCE

Thomas E. Goodreid, an attorney duly licensed in the States of Colorado and North Carolina and a member in good standing of the Bar of this Court, hereby enters his appearance on behalf of the above-named Defendant.   The undersigned has been appointed to represent Ms. Gallant under the Criminal Justice Act, 18 U.S.C. § 3006A.

Dated this 23rd day of December 2020.

Respectfully submitted,

s/Thomas E. Goodreid
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO   802127
(303) 296-2048
t.goodreid@comcast.net
Attorney for Defendant Louella Gallant

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of December 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              s/Thomas E. Goodreid
                                              Thomas E. Goodreid
                                              Goodreid and Grant LLC
                                              7761 Shaffer Parkway, Suite 105
                                              Littleton, CO   802127
                                              (303) 296-2048
                                              *t.goodreid@comcast.net*
                                              Attorney for Defendant Louella Gallant