IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.   20-cr-00389-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LOUELLA GALLANT,

    Defendant.

---

**JOINT MOTION FOR HEARING TO ACCEPT DEFERRED PROSECUTION AGREEMENT & TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

---

    The parties have reached an agreement which provides that the government will defer prosecution of the defendant, Louella Gallant, for purposes of allowing her to demonstrate her good conduct.  In order to exclude time under the Speedy Trial Act, such agreement must be approved by the Court.  *See* 18 U.S.C. § 3161(h)(2).

    Accordingly, the parties respectfully request permission to jointly contact chambers to obtain a hearing date for review and acceptance of the deferred prosecution agreement.  The parties will submit the proposed agreement to the Court prior to that hearing for its consideration.

Dated this 23rd day of December, 2020.

JASON R. DUNN
United States Attorney

By:*s/ Thomas E. Goodreid*
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO 80127
Telephone: 303-296-2048
E-Mail: t.goodreid@comcast.net

Attorney for Defendant Louella Gallant

By: *s/ Sarah H. Weiss*
Sarah H. Weiss
Assistant United States Attorney
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:   303-454-0400
E-mail:   sarah.weiss@usdoj.gov

Attorney for Government

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By: *s/ Sarah H. Weiss*
SARAH H. WEISS
Assistant U.S. Attorney
United States Attorney's Office