AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   20-cr-00389-RM |
| 1. LOUELLA GALLANT, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    12/23/2020

_____
*Defendant's signature*

*Thomas E. Goodreid*
_____
*Signature of defendant's attorney*

Thomas E. Goodreid
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| --- | --- |
| v. | ) Case No. 20-cr-00389-RM |
| 1. LOUELLA GALLANT, | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

12/23/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Thomas E. Goodreid
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*