IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00389-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.	LOUELLA GALLANT,

Defendant.

---

### DEFENDANT'S UNOPPOSED[1] MOTION TO ATTEND 20 JANUARY 2021 HEARING VIA VTC

---

Defendant Louella Gallant, through counsel, respectfully requests permission to attend via VTC the 20 January 2021 hearing ("Hearing") before this Court regarding the parties' joint request for this tribunal to accept a proposed deferred prosecution agreement and to exclude time under the Speedy Trial Act.

Both Ms. Gallant and her undersigned counsel are desirous of attending the Hearing via VTC.   Ms. Gallant is elderly, in poor health, and cannot easily travel from her home in Pueblo.   Among other matters, Ms. Gallant, who is bond, currently is recovering from having been hospitalized for over two weeks as a result of having contracted the Corona virus.   Ms. Gallant certainly consents to appearing for the Hearing via VTC, and she has the capacity to do so.   Moreover, there seems no good reason to continue the Hearing until the parties safely could appear in person,

---

[1] Defendant's counsel has discussed with Assistant United States Attorney Martha A. Paluch the relief requested by this Motion.   AUSA Paluch indicated that the Government does not opposed the Motion.

as both the Government and Ms. Gallant are anxious to move forward with the proposed deferred prosecution agreement and for Ms. Gallant to commence her obligations thereunder.

    Accordingly, Ms. Gallant respectfully requests that this Motion be granted.

Dated this 5th day of January 2021.

                                                Respectfully submitted,

                                                s/Thomas E. Goodreid
                                                Thomas E. Goodreid
                                                Goodreid and Grant LLC
                                                7761 Shaffer Parkway, Suite 105
                                                Littleton, CO   802127
                                                (303) 296-2048
                                                *t.goodreid@comcast.net*
                                                Attorney for Defendant Louella Gallant

## CERTIFICATE OF SERVICE

      I certify that on this 5th day of January 2021, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO ATTEND 20 JANUARY 2021 HEARING VIA VTC** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      s/Thomas E. Goodreid
Thomas E. Goodreid
Goodreid and Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, CO   802127
(303) 296-2048
*t.goodreid@comcast.net*
Attorney for Defendant Louella Gallant