IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.     20-cr-00389-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. LOUELLA GALLANT,

     Defendant.

## STIPULATION FOR ENTRY OF DEFERRAL OF PROSECUTION

1.    For the purpose of allowing Defendant, Louella Gallant, to demonstrate her good conduct and in consideration of her medical condition, the government hereby agrees to defer its prosecution of this case for <u>two years</u>, i.e., until **January 20, 2023**. The parties shall file a Joint Status Report with the Court one year into this deferral period, i.e. on **January 20, 2022**. During this time, Defendant agrees to adhere to the terms and conditions below. If Defendant complies with these terms, the government will move, at the completion of the deferral period, to dismiss the charges in this case with prejudice. If Defendant fails to comply with these terms, the government may reinstitute its prosecution upon filing written notice with the Court and making a showing by a preponderance of the evidence that Defendant has failed to comply.[1]

2.    Defendant recognizes that probable cause exists to support additional

---

[1] The parties agree that any such hearing would be a miscellaneous proceeding under Fed. R. Evid. 1101(d)(3) and, therefore, the Rules of Evidence—except for those on privilege—would not apply.

charges beyond the one count alleged in the Information. Therefore, Defendant agrees that if she does not comply with the terms and conditions below, she will not object to the filing of additional criminal charges beyond the period of limitations and will waive any right she may have, now or in the future, to challenge the timeliness of any such additional charges, so long as such charges would have been timely when the Information was filed in this case.

3.   Defendant agrees to comply with the following terms and conditions:

- Defendant will not violate another federal, state, or local law, excluding minor traffic offenses. The phrase "minor traffic offenses" encompasses violations of the Colorado Uniform Traffic Code, C.R.S. 42-4-101 *et seq.* and similar statutes or regulations, so long as the offense does not involve (a) personal injury or death; (b) operation of a motor vehicle while under the influence of or impaired by alcohol or a controlled substance as defined under federal or state law; (c) operation of a motor vehicle while her driver's license is suspended, cancelled, denied, or revoked; or (d) reckless driving.

- Defendant shall pay a total of **$20,000.00** in restitution to the Social Security Administration ("SSA" or "the agency") during the period of her deferred prosecution. At least **$10,000.00** of this amount must be sent to the agency no later than two weeks from the date of an order by this Court approving this deferred prosecution agreement, by mailing a good funds check made out to "Social Security Administration – Court Ordered Restitution," to the following address: Social Security Administration – Office of the Inspector General, Attn: Steffie Hood, 1961 Stout Street, Suite 4147, Denver, CO 80294. This payment should reference (a) the social security numbers of both Defendant and her deceased common law spouse, Richard Valdez; and (b) the docket number and court information for this

case. The remainder must be sent to the agency no later than December 31, 2021, by mailing a good funds check made out to "Social Security Administration – Court Ordered Restitution," to the following address: Debt Management Section, Attn: Court Refund, P.O. Box 2861, Philadelphia, PA 19122. Such restitution payment should reference (a) the social security numbers of both Defendant and her deceased common law spouse, Richard Valdez, (b) the docket number and court information for this case; and (c) Defendant's identifying information as reflected on the Form OI-68, which will be prepared by the SSA's Office of the Inspector General ("SSA-OIG") following entry of this Order. Such restitution payments shall be credited towards any withholding schedule the agency may, as an administrative matter, implement with regard to Social Security benefits Defendant may be entitled to now or in the future.

- Defendant will provide the U.S. Attorney's Office for the District of Colorado with proof of compliance with these terms as well as any notice of change of address or telephone number.

4. Defendant understands that, in accordance with 18 U.S.C. § 3161(h)(2) (2018), if the Court accepts this stipulation for deferral of prosecution, the period of delay outlined in this agreement will be excluded in computing the time within which the trial of an offense related to this matter must commence.



Date: 1-18-21

_____
Louella Gallant
Defendant

Date: 7 January 2021

_____
Thomas Goodreid
Attorney for Defendant

Date: 20 January 2021

_____
s/Martha A. Paluch
Martha A. Paluch
Assistant U.S. Attorney

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 20th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF using the CM/ECF system which will send notification of such filing to all addresses of record.

*s/ Stephanie Price*
Stephanie Price
Legal Administrative Specialist
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  stephanie.price@usdoj.gov