**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt (VTC)<br>Probation: n/a | Date: January 21, 2021<br>Interpreter: n/a |

**CASE NO.  20-cr-00389-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1.  LOUELLA GALLANT,<br><br>    Defendant. | Martha Paluch (VTC)<br><br><br><br><br>Thomas Goodreid (VTC) |

**COURTROOM MINUTES**

**HEARING re STIPULATION FOR ENTRY OF DEFERRED PROSECUTION – Video Teleconference (VTC)**
**COURT IN SESSION:     8:59 a.m.**

Appearances of counsel.   Defendant is on bond and present by VTC, audio-only.

Discussion held regarding the Stipulation for Entry of Deferred Prosecution (Doc. 18) and signatures on the document.

Counsel and the defendant state their agreement to the stipulation.

The Court makes statements and findings pursuant to the Speedy Trial Act.

**ORDERED:**   The Stipulation for Entry of Deferred Prosecution (Doc. 18) is **approved** by the Court.

**ORDERED:**   Any delay caused by the agreement or during the period of the agreement is excluded from the Speedy Trial Act.

No further order will issue regarding the Stipulation.

Discussion held regarding the defendant's bond conditions.

**ORDERED:**  The defendant's bond is continued.

Discussion held regarding collecting restitution.

**COURT IN RECESS:**     9:23 a.m.
**Total in court time:**     00:24
**Hearing concluded**