IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00389-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. LOUELLA GALLANT,

   Defendant.

---

## JOINT STATUS REPORT
---

Pursuant to the parties' Deferred Prosecution Agreement [*see* Dkt. 18, *allowed by the Court at* Dkt. 20], the parties hereby provide this Joint Status Report as to conduct of the defendant, Louella Gallant.

1. On December 14, 2020, the defendant was charged by Information with one count of False Statements for the Purpose of Obtaining Supplemental Social Security Income, in violation of 42 U.S.C. § 1383a(a)(2). [Dkt. 1]

2. On December 23, 2020, the parties filed a Joint Motion asking for a hearing to accept a proposed Deferred Prosecution Agreement and to exclude time under the Speedy Trial Act. [Dkt. 4.]

3. A hearing for that purpose was held on January 21, 2021, at which time the Court allowed the DPA and ordered the Parties to file a Joint Status Report one year into the two-year deferral period, specifically on January 20, 2022.

[*See* Dkt. 18 at ¶ 1.]

4. Under the terms of the DPA, the defendant agreed, *inter alia*, (a) not to commit any new federal, state, or local crimes; and (b) to pay restitution to the Social Security Administration in the amount of $20,000, in two installments, at (roughly) the beginning and end of 2021.

5. The Parties hereby notify the Court that, as of the date of this filing, the defendant has complied with both material terms of the DPA.

6. Should the defendant's compliance continue, the United States will file a Motion to Dismiss the Information at the termination of the DPA period, i.e., **January 20, 2023**.

Respectfully submitted this 20th day of January, 2022.

COLE FINEGAN
United States Attorney

By: *s/Sarah H. Weiss*
SARAH H. WEISS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: sarah.weiss@usdoj.gov

By: *s/ Thomas E. Goodreid*
THOMAS E. GOODREID
Attorney for Defendant Louella Gallant
7761 Shaffer Parkway, Suite 105
Littleton, Colorado 80127
Telephone: (303) 296-2048
Facsimile: (303) 454-0406
E-mail: t.goodreid@comcast.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

      By: *s/Sarah H. Weiss*
      SARAH H. WEISS
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Facsimile: (303) 454-0406
      E-mail: sarah.weiss@usdoj.gov