IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00389-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. LOUELLA GALLANT,

   Defendant.

---

**MOTION TO DISMISS**

---

The government hereby files this Motion to Dismiss the charge brought in the Information against the defendant, Louella Gallant:

1. On December 14, 2020, the defendant was charged by Information with one count of False Statements for the Purpose of Obtaining Supplemental Social Security Income, in violation of 42 U.S.C. § 1383a(a)(2). [Dkt. 1]

2. On December 23, 2020, the parties filed a Joint Motion asking for a hearing to accept a proposed Deferred Prosecution Agreement (DPA) and to exclude time under the Speedy Trial Act. [Dkt. 4.]

3. A hearing for that purpose was held on January 21, 2021, at which time the Court allowed the DPA and ordered the Parties to file a Joint Status Report one year into the two-year deferral period. [*See* Dkt. 18 (DPA), and Dkt. 20 (allowing same).]

4. Under the terms of the DPA, the defendant agreed, *inter alia*, (a) not to commit any new federal, state, or local crimes; and (b) to pay restitution to the Social Security Administration in the amount of $20,000, in two installments, at (roughly) the beginning and end of 2021.

5. A status report was timely filed on January 20, 2022, informing the Court that, as of that date, the defendant was in compliance with all terms of the Deferred Prosecution Agreement. [Dkt. 21.]

6. The government now notifies the Court that the defendant has continued to comply with all material terms of the DPA.

7. As such, pursuant to the DPA and Fed. R. Crim. P. 48(a), the government respectfully requests that the Court dismiss the Information with prejudice.

Respectfully submitted this 18th day of January, 2023.

COLE FINEGAN
United States Attorney

By: *s/Sarah H. Weiss*
SARAH H. WEISS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: sarah.weiss@usdoj.gov

By: *s/ Thomas E. Goodreid*
THOMAS E. GOODREID
Attorney for Defendant Louella Gallant
7761 Shaffer Parkway, Suite 105
Littleton, Colorado 80127
Telephone: (303) 296-2048
Facsimile: (303) 454-0406
E-mail: t.goodreid@comcast.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By: *s/Sarah H. Weiss*
SARAH H. WEISS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: sarah.weiss@usdoj.gov

4