# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Action No. 20-cr-00389-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LOUELLA GALLANT,

    Defendant.

---

## ORDER DISMISSING INFORMATION

    Pursuant to Fed. R. Crim. P. 48(a) and the terms of the Deferral of Prosecution Agreement (ECF No. 18), the Court hereby GRANTS the government's Motion to Dismiss the Information (ECF No. 22) <u>with prejudice</u>.

    DATED this 18th day of January, 2023.

                                         BY THE COURT:

                                         _____
                                         RAYMOND P. MOORE
                                         United States District Judge